

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2021

No. 04-85-00094-CR

Gerardo **RODRIGUEZ**,
Appellant

v.

**THE STATE OF TEXAS**
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 5388

# O R D E R

The court's opinion in this appeal issued on May 28, 1986. On May 26, 2010, and on October 17, 2018, this court denied appellant's requests for a loan of records. On July 31, 2021, appellant again requested a loan of records, now pursuant to Rule 12.4 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 12.4 (permitting records be taken from the clerk of court's office with the clerk's permission and under conditions that may be modified). By his motion, appellant requests a modification of the conditions specified in Rule 12.4 for withdrawing court records and for entry of an order for production and inspection of records. He states that he is seeking modification of our rules,

> so that he can provide the APPELLATE COURT CLERK with and ITEMIZE LIST of the document(s) that he is seeking to WITHDRAW by purchasing the document(s) he so desires from the record(s) and then send to the CLERK of the COURT a MONEU ORDER/CHECK payable to the COURT for the WITHDRAWN ITEMS.[1]

Appellant's motion is DENIED. Nevertheless, to assist appellant, attached to this order is an index of the clerk's record and the reporter's record in the case. Appellant may notify the clerk of court of the portions of the record he desires, and the clerk of court will respond with the payment amount required to obtain a copy of those portions. If appellant wishes to obtain a free copy of the record, appellant will need to file a motion in the trial court in which his conviction was obtained and demonstrate that his claim is not frivolous and that the record is needed to

---

[1] Typographical errors in the original.

decide the issues presented. *See United States v. MacCollom*, 426 U.S. 317, 326 (1976); *Escobar v. State*, 880 S.W.2d 782, 783 (Tex. App.—Houston [1st Dist.] 1993, no pet.).

Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of October, 2021.

MICHAEL A. CRUZ, Clerk of Court